# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sean Murphy, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint charging Thadius C. Wind with transmitting a threatening interstate communication, in violation of 18 U.S.C. § 875(c).

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Boston Joint Terrorism Task Force (JTTF). In my duties as a Special Agent, I have gained training and experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, the exploitation of lawfully obtained evidence and data, and various other procedures. As a Special Agent, I am authorized by law or by a government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. Through my employment, I have conducted investigations relating to violations of federal law, including threatening communications.

3. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for federal criminal offenses. The FBI has jurisdiction to investigate offenses arising under 18 U.S.C. § 875(c) that involve interstate threatening communications.

4. The facts set forth in this affidavit are based upon my personal knowledge, information obtained during my participation in this investigation including

information provided by other investigators, my review of records related to this investigation, and information gained through my training and experience. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested complaint.

**PROBABLE CAUSE**

5. In March 2024, the FBI received a voluntary disclosure from Meta containing records showing that a user on Facebook had discussed committing violence against the police and military. From my review of the information from Meta, I learned that the Facebook user was using two accounts to post threatening comments: one account has a display name of "Patty Justpatty" (account number 100087843942O2) and the other has a display name of "Thad Wind" (account number 61557169235932). I have obtained and reviewed basic subscriber information from Meta for the Facebook accounts, which shows that both accounts belong to Thadius Chester WIND (hereinafter "WIND"), date of birth xx/xx/1974, telephone number xxx-xxx-8428, of Eddington, Maine. On about March 14, 2024, Facebook user "Thad Wind" posted the following content to Facebook ):

a. "Improvised explosive devices. Sniper rifles, and small arms. Molotov cocktails??? Any all means necessary. Yeah. Kill them. Or be killed with them. Come."

b. "Why do you think the government or the church Haven't sent their assassins to take my life already ? What are they aware of that you aren't? That's right you fucking bitch ass fucking Cunts. That's right pig bitch . That's right little Citizen Cunt . That's right military maggot. All of you God

bless little fucking Cunts I will kill you and send you to hell on April 8. Your time is up obey or burn you stupid motherfucker. . All the world around I know your bias and vainglorious ignorance tells you that you're exempt from judgment, but I promise you you are not you stupid fucking fuck."

6. I am aware from open source searches and from reviewing law enforcement reports that WIND has been involved in multiple standoffs with law enforcement. According to a Penobscot County Sheriff's Office report, during a standoff with police in 2021, WIND was reported to have brandished a sword during the incident and threatened to kill law enforcement officers. I am further aware from open source searches that WIND has a reported history of mental illness.

7. On September 25, 2024, the FBI's National Threat Operations Center (NTOC) received an online tip from a member of the public regarding threatening statements made by the X user @alpha_omegatcw. In one particular post, the user @alpha_omegatcw indicated that their address was 511 Riverside Drive in Maine. A search through a database used by law enforcement that has proven reliable in the past yielded information showing that Thadius Chester Wind, date of birth xx-xx-1974, social security account number xxx-xx-4012 resides at 511 Riverside Drive in Eddington, Maine. Please see the below screenshot of a post by X user @alpha_omegatcw that appears to have been posted in September of 2024:




8. I have reviewed known photographs of WIND, and I am generally familiar with his appearance. A photograph of WIND from several years ago from the Maine Bureau of Motor Vehicles appears below:



9. In September of 2024, X user @alpha_omegatcw posted a selfie-style

photograph, which appears below:




10. From my review of the posts by X user @alpha_omegatcw, as well as photographs associated with the account, I believe WIND is the user of the X account @alpha_omegatcw. Specifically, X user @alpha_omegatcw posts selfie-style photographs of himself and the user appears to be WIND. Further, the display name for the X account @alpha_omegatcw is "Tc wind," which corresponds to Thadius C. Wind's full name.

11. According to my review of X user @alpha_omegatcw's posts, the account @alpha_omegatcw is a public-facing X account and the general public can view all of the user's posts.

12. I reviewed content posted by X user @alpha_omegatcw on their page, and discovered the following posts were made between October 7, 2024 and October 9,

2024:

a. "SHOOT ALL THE OBAMA KLAN IN THEIR FACES";

b. "NUKE THE JEWS, LITERALLY";

c. "I CANNOT WAIT TO KILL ALL OF MANKIND.";

d. "SO VERY EXCITED TO END YOU ALL";

e. "KILL THEM ALL, LITERALLY";

f. "Pre-arrangements HAVE BEEN MADE. YOU ARE DEAD.";

g. "I AM GOING TO KILL YOU ALL IN JUST A FEW DAYS NOW";

h. "I AM GOING TO KILL YOU ALL. NIGH";

i. "Very special bonuses for those who bring me Supreme Court Justice or presidential heads with their spines attached";

j. "Time to PURGE ALL JEWS. SEEK AND DESTROY THEM ALL.";

k. "Start the killing. TALKING HEADS, POLITICIANS, JUDGES, POLICE...MONKEY PUNK CUNTS...";

l. "Hunting the jews time.";

m. "GAME DAY COMING...PLAYBALL. DEATH TO ALL."; and

n. "Have you killed a jew today? Everybody is asking, what way will you off a pig or jew today?"

13. On October 18, 2024, the FBI's NTOC received another online tip regarding threatening statements made by X user @alpha_omegatcw. On October 18, 2024, X user @alpha_omegatcw posted the following content on X:

a. "JEW. I AM GOING TO KILL YOU, JEW."; and

b. "FUCK YOU YA FILTHY RATS. HELL. NEXT COMETH WRATH. I WILL

KILL YOU ALL".

14. A screenshot of the @alpha_omegatcw X user's post above on October 18, 2024, appears below:




15. I received information that was distributed to law enforcement in Maine containing screenshots of posts on X by X user @alpha_omegatcw. The posts included the following content:

a. "EVERYBODY AT THE WHITE HOUSE. KILL THEM ALL." (Posted on October 20, 2024);

b. "Kamala Harris and Donald Trump. You are granted the opportunity and the privilege to come forth and request that I remove your head in order to save your soul." (Posted on October 17, 2024);

c. "GOLDEN TICKET KILLS. OBAMA IS 1 of them. Golden ticket = free pass to heaven." (Posted on September 20, 2024);

d. "I WILLKILL HER AND YOU. THEN SHALL I SEND YOU TO HELL. OBEY OR BURN. END K HARRIS, DEAD, NOW." (Posted on July 26, 2024);

e. "EXTERMINATION. KILL EVERY FUCKING JEW." (Posted on October 19, 2024);

f. "Step on MY PROPERTY AGAIN? I WILL FUCKING KILL YOU, ON...SIGHT" (Posted on October 20, 2024);

g. "Yes. i. I am going to kill you. In just a few days." (Posted on October 18, 2024); and

h. "I AM GOING TO KILL ALL OF THEM AND EVERYONE ELSE, I JUST A FEW DAYS." (Posted on October 14, 2024).

16. A screenshot of the last post above by X user @alpha_omegatcw from October 14, 2024, appears below:




17. In my review of posts on X by user @alpha_omegatcw, I found numerous photographs posted by @alpha_omegatcw showing a large, sword-style weapon in the photographs. For example, below is a screenshot of a post by @alpha_omegatcw on X on October 16, 2024:



18. From my review of law enforcement records, I am aware that between January 19, 2024, and October 19, 2024, law enforcement with the Penobscot County Sheriff's Office (PCSO) responded on at least 14 separate occasions to complaints at WIND'S residence at 511 Riverside Drive, Eddington, Maine 04428. In response to a separate incident on March 13, 2024, an officer wrote, "It is clear that Thadius' erratic behavior is escalating. Thadius is highly aggressive towards law enforcement and is known to carry edged weapons including knives and swords." During another response to WIND'S residence in Eddington on May 28, 2024, the officer reported that WIND yelled to two police officers: "I'll fucking kill you assholes."

19. On October 24, 2024, the FBI submitted a preservation request to X for the account @alpha_omegatcw (Case# 0380050530). Recently, I looked up X user @alpha_omegatcw on X, and I learned that as of October 28, 2024, the X account @alpha_omegatcw was suspended by X.

20. There is probable cause to believe that WIND is using X account @alpha_omegatcw to post threatening comments on the Internet. Specifically, in a post believed to be in September of 2024, X user @alpha_omegatcw indicated that their

address was 511 Riverside Drive in Maine, and WIND is known to reside at 511 Riverside Drive in Eddington, Maine, from multiple law enforcement contacts with him there and from law enforcement searches. Additionally, X user @alpha_omegatcw posts selfie-style photographs, and from reviewing known photographs of WIND, I believe that the user of the account is WIND.

21. On November 7, 2024, I obtained a search warrant for information associated with X account @alpha_omegatcw from this Court (1:24-mj-00340-JCN). On about November 13, 2024, X responded to the warrant and produced records associated with the @alpha_omegatcw X account.

22. Upon my initial review of the files received from X in response to the search warrant relating to the X account @alpha_omegatcw, I discovered selfie-style photographs of WIND, as well as threatening communications and other photographs, including photographs of a sword. In terms of threatening statements, I found the following posts by @alpha_omegatcw in X's response (which does not include all of the threatening messages posted by @alpha_omegatcw in X's response):

a. On October 20, 2024, X user @alpha_omegatcw posted: "EVERYBODY AT THE WHITE HOUSE. KILL THEM ALL.";
b. On October 20, 2024, X user @alpha_omegatcw posted: "Yes. I will kill any. Cop. Fuck you pussies Step?";
c. On October 19, 2024, X user @alpha_omegatcw posted: "JEWS. NOW THAT THE WORLD IS COME TO UNDERSTAND THAT, I AM GOD, YOU FILTHY FUCKING CUNTS ARE DOOMED.";
d. On October 19, 2024, X user @alpha_omegatcw posted:

"EXTERMINATION. KILL EVERY FUCKING. JEW.";

e. On October 18, 2024, X user @alpha_omegatcw posted: "@koshercockney JEW. I AM GOING TO KILL YOU, JEW.";

f. On October 9, 2024, X user @alpha_omegatcw posted: "Have you killed a jew today? Everybody is asking, what way will you off a pig or jew today?";

g. On October 7, 2024, X user @alpha_omegatcw posted: "@BarackObama SHOOT ALL THE OBAMA KLAN IN THEIR FACES.";

h. On October 7, 2024, X user @alpha_omegatcw posted: "@CaptCoronado NUKE THE JEWS. LITERALLY. THADIUS. CHESTER. WIND.";

i. On October 7, 2024, X user @alpha_omegatcw posted: "Time to PURGE ALL JEWS. SEEK AND DESTROY THEM ALL."; and

j. On October 7, 2024, X user @alpha_omegatcw posted: "@DrEliDavid Hunting the jews time. Have fun".

23. Upon my review of the files received from X, including basic subscriber information, I learned that the X account @alpha_omegatcw has a display name of "Tc wind," and that the account owner or user has a DOB of xx/xx/1974, which is WIND's DOB. X also produced IP information (IP address 74.75.152.249) that was captured at the time the user created the X account on May 23, 2024, at about 10:04 p.m. Zulu time. This IP was assigned to or serviced by Charter Communications, an internet service provider. From the records produced by X, I also learned that X suspended the account on October 22, 2024.

24. In response to legal process, Charter Communications produced records showing that the IP address above (74.75.152.249) was assigned to Thadius Wind of 511

Riverside Dr., Eddington, Maine, on May 23, 2024, at the relevant timeframe when the X account was created.

25. As a result, there is probable cause to believe that WIND committed the offense of interstate threatening communications in violation of 18 U.S.C. § 875(c).

**CONCLUSION**

26. Based on the forgoing, I submit that probable cause exists to believe that on about October 18, 2024, Thadius C. Wind knowingly, willfully, and recklessly transmitted in interstate commerce a communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c). I respectfully request that the Court issue a criminal complaint charging him with this offense.

Dated at Bangor, Maine, this 24th day of January, 2025.

**Sean Murphy**
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Jan 24 2025

City and state: Bangor, ME

*Judge's signature*

John C Nivison U.S. Magistrate Judge

*Printed name and title*