## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

THADIUS C. WIND

No. 1:25-cr- 00062-SDN

2025 APR -7 P 4: 32

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Threatening Interstate Communication)

On about October 18, 2024, in the District of Maine and elsewhere, the defendant,

## THADIUS C. WIND

did knowingly, willfully, and recklessly transmit in interstate commerce a communication containing a threat to injure the person of another. Specifically, the Defendant used the internet to post on X, a social media website, a statement threatening to kill Victim A.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

GRAND JURY FOREPERSON

Assistant United States Attorney
Dated: April 7, 2025

1