UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:25-cr-00062-SDN-1 |
| | ) | |
| THADIUS C. WIND, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER OF DETENTION PENDING TRIAL</u>

On June 1, 2026, this matter came before the Court for a detention hearing pursuant to the Bail Reform Act, 18 U.S.C. §§ 3141-3156, and the Government's Motion for Detention, ECF. No. 54. After considering the factors set forth in 18 U.S.C. § 3142(g) and the information presented at the hearing, the Court finds the Government has proven by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community. In conjunction with that ruling, the Court now makes the following findings and reaches the following conclusions:

### DISCUSSION

<u>The nature and circumstances of the offense charged</u>

Mr. Wind is charged with one count of transmitting threatening interstate communications, in violation of 18 U.S.C. § 875(c). The evidence suggests that, on about October 18, 2024, Mr. Wind posted a communication on X, a social media website, explicitly threatening to kill Victim A. In addition to the October 18 communication, there is evidence that, throughout October 2024, Mr. Wind posted numerous other, similar X communications threatening violence to multiple individuals. There is sufficient

corroborating evidence to indicate that Mr. Wind is the user of the X account to which the communications were posted and that he authored those communications, including other posts containing photographs of Mr. Wind's face and providing his Maine address.

The weight of the evidence

As noted above, the weight of evidence against Mr. Wind at this stage appears significant and includes numerous threatening and violent communications posted to X, including information identifying Mr. Wind. In addition, subsequent law enforcement investigation confirmed that the date of birth and IP address associated with the X account in question corresponds to Mr. Wind's date of birth and IP address.

The history and characteristics of the defendant

While the Court notes that Mr. Wind has always appeared courteous and polite during court proceedings, his dissatisfaction toward law enforcement officers is well documented. For instance, prior interactions with law enforcement officers have led to hours-long standoffs at Mr. Wind's residence, which have necessitated deployment of tear gas and other interventions, and posed a significant risk to all individuals present. Additionally, Mr. Wind has a significant criminal history and history of non-compliance while on probation, including a prior domestic violence conviction in state court while on probation, as well as two convictions for violating conditions of probation.

The nature and seriousness of the danger to any other person and the community

Mr. Wind's criminal history, including convictions for illegal possession of a firearm and domestic violence reckless conduct, history of non-compliance while on probation, as well as concerns over Mr. Wind's untreated mental health conditions, leads the Court to conclude that Mr. Wind's release pending trial creates a serious risk to law enforcement and the community at large.

2

## CONCLUSION

For the foregoing reasons, and for the reasons further detailed on the record at the detention hearing, the Court finds there is no set of conditions for release that can reasonably assure the safety of another person or the community. The Government's Motion for Detention, ECF. No. 54, is accordingly **GRANTED**.

The Defendant is therefore committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with standby defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purposes of an appearance in connection with a court proceeding.

**SO ORDERED.**

Dated this 3rd day of June, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**